UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Leave to file without
Prepayment of Cost GRANTED

5/31/06

ABDULLI FEGHOUL
Camp Delta
Washington, D.C. 20355

    Petitioner

v.

Civil Action No.

**FILED**

APR - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GEORGE W. BUSH,
President of the United States

DONALD RUMSFELD,
Secretary, United States Department
of Defense

JAY HOOD, Army Brigadier General -
Commander, Joint Task Force-GTMO

MIKE BUMGARNER, Army Colonel -
Commander, Joint Detention Operations
Group

    Respondents

CASE NUMBER 1:06CV00618
JUDGE: Richard W. Roberts
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 04/■/2006

**PETITION FOR WRIT OF HABEAS CORPUS**

| Type: | ARMY MAIL | Format: | OUTGOING | | | |
|---|---|---|---|---|---|---|
| Letter Number: | GUAN-2005-T05510 | ISN: JJJ | US9AG-000292DP | | | |
| Date Translated: | 29 November 2005 | Mail date | 16 November 2005 | | | |
| Sender's Name: | FEGHOUL, ABDULLI | | | | | |
| Addressee: | HABEUS CORPUS | | | | | |
| Address: | CAMP DELTA | | | | | |
| City/Zip code: | | Country: | | | | |
| Language: | FRENCH | Family: | Yes | Linguist Code: | PF014 | |
| Telephone: | | | | | | |

GUAN-2005-T05510

ABDELLI
    FEGHOUL.
Born the 22nd of October 1960. Tiaret, Algeria
Algerian
ISN 292    JJJ BIB

HABEUS COUPUS

I, ABDELLI FEGHOUL, Protest the tribunal for my detention at GTMO, CUBA, since 4 years, Thank you.

Also, I demand the tribunal to provide a Lawyer.
                              Thank you.

ABDELLI

FEGHOUL

Né le 22/10/1960, Tiaret, ALGERIE

ALGérienne

ISN 292 JTTBIB

Habeas Corpus.

Moi ABDELLI Feghoul je proteste devant le tribunal contre Ma détention A GTMO CUBA depuis 4 ans. Merci

et je demande au tribunal de me fournire un Avocat

Merci

Reverse of DA FORM 2667-R, May 82