UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **ABDULLI FEGHOUL,** )<br>)<br>        Petitioner,    )<br>)<br>    v.    )<br>)<br>**GEORGE W. BUSH et al.,**    )<br>)<br>        Respondents.    )<br>_____) | Civil Action No. 06-618 (RWR) |

## ORDER

Pursuant to 28 U.S.C. § 2243, it is hereby

ORDERED that within 30 days of service of a copy of this Order and the accompanying Petition, respondent shall file a responsive pleading.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of serving respondents, the Attorney General of the United States, and the United States Attorney for the District of Columbia.

SIGNED this 14th day of April, 2006.

                               _____/s/_____
                               RICHARD W. ROBERTS
                               United States District Judge