IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLI FEGHOUL, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 06-CV-0618 (RWR) |

**(PROPOSED) ORDER DISMISSING PETITION**

Having considered Respondents' Motion to Dismiss Petition for Want of Jurisdiction or, in the Alternative, to Transfer Petition to the United States Court of Appeals for the District of Columbia Circuit, it is hereby

ORDERED that Respondents' Motion to Dismiss Petition for Want of Jurisdiction is GRANTED. It is further

ORDERED that Respondents' Motion to Transfer Petition to the United States Court of Appeals for the District of Columbia Circuit is DENIED as moot.

IT IS SO ORDERED.


Dated: _____        _____
                                    RICHARD W. ROBERTS
                                    United States District Judge