IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLI FEGHOUL,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | Civil Action No. 06-CV-0618 (RWR) |

## (PROPOSED) ORDER TRANSFERRING PETITION TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

Having considered Respondents' Motion to Dismiss Petition for Want of Jurisdiction or, in the Alternative, to Transfer Petition to the United States Court of Appeals for the District of Columbia Circuit, it is hereby

ORDERED that Respondents' Motion to Transfer Petition to the United States Court of Appeals for the District of Columbia Circuit is GRANTED. Pursuant to 28 U.S.C. § 1631, the above-captioned petition shall be transferred to the Court of Appeals for review under section 1005(e)(2) of the Detainee Treatment Act of 2005, Pub. L. No. 109-148, §§ 1001-1006, 119 Stat. 2680, 2739-45 (2005). It is further

ORDERED that Respondents' Motion to Dismiss Petition for Want of Jurisdiction is DENIED as moot.

IT IS SO ORDERED.

Dated: _____           _____
                                                                       RICHARD W. ROBERTS
                                                                       United States District Judge