IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLI FEGHOUL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 06-CV-0618 (RWR) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.*, | ) |
| | ) |
| Respondents. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2006, I caused a copy of the foregoing Respondents'

Motion to Dismiss Petition for Want of Jurisdiction or, in the Alternative, to Transfer Petition to

the United States Court of Appeals for the District of Columbia Circuit, and proposed orders

thereto, to be served via U.S. Mail, First Class postage prepaid, on Guantanamo Bay Detainee

ISN 292 at the following address:

Camp Delta; Guantanamo Bay
Washington, D.C. 20355


        /s/ Preeya M. Noronha
PREEYA M. NORONHA
United States Department of Justice
Civil Division, Federal Programs Branch

One of the Attorneys for Respondents