IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLI FEGHOUL,<br><br>          Petitioner,<br><br>     v.<br><br>GEORGE W. BUSH,<br>     President of the United States,<br>     *et al.*,<br><br>          Respondents. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-CV-0618 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2006, I caused a copy of the foregoing Respondents' Motion to Dismiss Petition for Want of Jurisdiction or, in the Alternative, to Transfer Petition to the United States Court of Appeals for the District of Columbia Circuit, and proposed orders thereto, to be served via U.S. Mail, First Class postage prepaid, on Guantanamo Bay Detainee ISN 292 at the following address:

> Camp Delta; Guantanamo Bay
> Washington, D.C. 20355

>      /s/ Preeya M. Noronha
> PREEYA M. NORONHA
> United States Department of Justice
> Civil Division, Federal Programs Branch
>
> One of the Attorneys for Respondents