AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ABDULLI FEGHOUL

    Plaintiff(s)

vs.

GEORGE W. BUSH, ET AL.

    Defendant(s)

**APPEARANCE**

CASE NUMBER  06-cv-00618-RWR

To the Clerk of this court and all parties of record:

Please enter the appearance of  Billy H. Nolas*  as counsel in this
                  (Attorney's Name)

case for:  ABDULLI FEGHOUL
        (Name of party or parties)

August 8, 2006
Date

*Signature:* Billy H. Nolas

Billy H. Nolas
Print Name

DC #899275; PA #83177
BAR IDENTIFICATION

Federal Community Defender Office
for the Eastern District of Pennsylvania
Address
601 Walnut Street, Suite 545 West
Philadelphia,  PA   19106
City    State    Zip Code

(215) 928-0520; (215) 928-1100
Phone Number

*With:
    Maureen Rowley (PA 33020)
    Chief Federal Defender
    David McColgin (PA 42963)
    Supervising Appellate
    Assistant Federal Defender
    Cristi Charpentier (PA 62055)
    Shawn Nolan (PA 56535)
    Mark Wilson (PA 26887)
    Assistant Federal Defenders

## CERTIFICATE OF SERVICE

I, Billy H. Nolas, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed the attached Entry of Appearance with the United States District Court for the District of Columbia and served a copy of same via Certified Mail, Return Receipt Requested, upon the following persons:

**Kenneth L. Wainstein**
U.S. ATTORNEY
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, D.C. 20530

**George W. Bush**
PRESIDENT, UNITED STATES OF AMERICA
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20301-1000

**Army Brig. Gen. J. Hood**
COMMANDER, JOINT TASK FORCE-GTMO
JTF-GTMO
APO AE 09360

**Army Col. Bumgarner**
COMMANDER, JDOG
JTF-GTMO
APO AE 09360

**Alberto R. Gonzales**
ATTORNEY GENERAL OF THE UNITED STATES
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, D.C. 20530

**Donald Rumsfeld**
SECRETARY, U.S. DEP'T. OF DEFENSE
1000 Defense Pentagon
Washington, D.C. 20301-1000

**Brig. Gen. Hood**
UNITED STATES ARMY
Army Pentagon
Washington, D.C. 20310-0200

**Army Col. Bumgarner**
UNITED STATES ARMY
Army - Pentagon
Washington, D.C. 20310-0200

_____
BILLY H. NOLAS
Assistant Federal Defender

DATE: August 8, 2006