# IN THE UNITED STATES DISTRICT
## COURT FOR THE DISTRICT OF COLUMBIA

_____

**ABDULLI FEGHOUL,**                                :

Guantanamo Bay Naval Station,                       :

Guantanamo Bay, Cuba                                :      CIVIL ACTION

           Petitioner                       :      (HABEAS CORPUS)

                              :

       V.                                           :

                              :      No:      06-CV-00618

**GEORGE W. BUSH, et. al.**                         :

      President of the United States              :

      The White House                             :      JUDGE RICHARD W. ROBERTS

      1600 Pennsylvania Avenue, N.W.              :

      Washington, D.C. 20500;                     :

                              :

_____

## NOTICE
_____

Pursuant to Judge Kessler's order of August 4, 2006, Petitioner hereby files this notice

that counsel lacks a good-faith belief that any attorney-client communications occurred prior to

6/18/06.

Respectfully submitted,

/s/Billy H. Nolas_____

Billy H. Nolas (DC 399275; PA 83177)

Assistant Federal Defender

Maureen Rowley (PA 33020)

Chief Federal Defender

Shawn Nolan (PA 56535)

Assistant Federal Defenders

Federal Community Defender Office for the

Eastern District of Pennsylvania

601 Walnut Street, Suite 545 West

Philadelphia, PA 19106

(215) 928-0520; (215) 928-1100

Dated: August 10, 2006

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry
Ms. Preeya M. Noronha
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001


/s/Billy H. Nolas
Billy H. Nolas


Dated:  August 10, 2006