IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULLI FEGHOUL,** | : |
| Guantanamo Bay Naval Station, | : |
| Guantanamo Bay, Cuba | : CIVIL ACTION |
| Petitioner | : (HABEAS CORPUS) |
| | : |
| V. | : |
| | : No:   06-CV-00618 (RWR) |
| **GEORGE W. BUSH, et. al.** | : |
| President of the United States | : |
| The White House | : JUDGE RICHARD W. ROBERTS |
| 1600 Pennsylvania Avenue, N.W. | : |
| Washington, D.C. 20500; | : |
| | : |

## PROPOSED ORDER

AND NOW this _____ day of _____, 2006, it is hereby ORDERED that Respondents' shall provide counsel for Petitioner with factual returns no later than the _____ day of _____, 2006.

BY THE COURT:

_____
Hon. Richard W. Roberts
United States District Court Judge