# IN THE UNITED STATES DISTRICT
## COURT FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **ABDULLI FEGHOUL,** | : | |
| Guantanamo Bay Naval Station, | : | |
| Guantanamo Bay, Cuba | : | CIVIL ACTION |
| Petitioner | : | (HABEAS CORPUS) |
|  | : | |
| V. | : | |
|  | : | No:    06-CV-00618 (RWR) |
| **GEORGE W. BUSH, et. al.** | : | |
| President of the United States | : | |
| The White House | : | JUDGE RICHARD W. ROBERTS |
| 1600 Pennsylvania Avenue, N.W. | : | |
| Washington, D.C. 20500; | : | |

---

## PROPOSED ORDER

---

AND NOW this _____ day of _____, 2006, the Court hereby enters in their entirety the following orders previously entered in In re Guantanamo Detainee Cases, No. 02-cv-0299, et. al., by Judge Joyce Hens Green: (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004; (2) the Order Addressing Designation Procedures for "Protected Information," entered on November 10, 2004; and (3) the Order Supplementing and Amending filing Procedures Contained in the November 8, 2004 Amended Protective Order, issued on December 13, 2004.


BY THE COURT:


_____
Hon. Richard W. Roberts
United States District Court Judge