### IN THE UNITED STATES DISTRICT
### COURT FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **ABDULLI FEGHOUL,** | : |
| Guantanamo Bay Naval Station, | : |
| Guantanamo Bay, Cuba | :   CIVIL ACTION |
| Petitioner | :   (HABEAS CORPUS) |
|  | : |
| V. | : |
|  | :   No:   06-CV-00618 (RWR) |
| **GEORGE W. BUSH, et. al.** | : |
| President of the United States | : |
| The White House | :   JUDGE RICHARD W. ROBERTS |
| 1600 Pennsylvania Avenue, N.W. | : |
| Washington, D.C. 20500; | : |
|  | : |

_____

**PETITIONER'S MOTION FOR EXTENSION OF TIME
TO REPLY TO RESPONDENTS'** *MOTION TO DISMISS FOR
LACK OF JURISDICTION* **AND TO RESPONDENTS'**
*MOTION TO TRANSFER THE CASE TO THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT*

_____

Petitioner, through appointed counsel, hereby requests an extension of time of thirty days from the date of appointment of counsel to respond to the governments Motions.

1.   On November 29, 2006, Petitioner delivered to the authorities at Guantanamo for mailing to this Court his request for habeas corpus relief.  This Petition was docketed by the Court on April 3, 2006.

2.   On April 14, 2006, this Court ordered Respondents to file a responsive pleading. On June 1, 2006, Respondents filed a Motion to Dismiss for Lack of Jurisdiction and a Motion to Transfer the Case to the United States Court of Appeals for the District of Columbia Circuit.

3.   On July 21, 2006, the World Organization for Human Rights USA filed a Motion for Leave to Appear as Amicus Curiae or as Assigned Counsel, a Motion for Extension of Time

for the Submission, and a Brief in response.  On August 4, 2006, Respondents filed a Response.

4.	On August 7, 2006, undersigned counsel was appointed by the Court to represent Petitioner in these habeas proceedings.  On August 8, 2006, counsel filed a notice of appearance and on August 9, Petitioner amended his Petition for Habeas Corpus.

5.	The issues raised by Respondents' motions are quite complex.  Counsel have been appointed very recently and need additional time to familiarize themselves with the case and the significant issues involved.

WHEREFORE, for all of the foregoing reasons, Petitioner respectfully requests that this Honorable Court grant his request for a thirty day extension of time from the date of appointment of counsel, until September 6, 2006,  to file a response to the Motions filed by the government  A proposed order is attached.

Respectfully submitted,

/s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
David McColgin (PA 42963)
Supervising Appellate Assistant Federal Defender
Cristi Charpentier (PA 62055)
Shawn Nolan (PA 56535)
Mark Wilson (PA 26887)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated: August 10, 2006

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

                Mr. Terry Henry
              Ms. Preeya M. Noronha
           US DEPARTMENT OF JUSTICE
       20 Massachusetts Avenue, NW
                 Room 7226
           Washington, DC 20529-0001


                                      /s/Billy H. Nolas
                                      Billy H. Nolas


Dated: August 10, 2006