**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA**

_____
                                                            :
**ABDULLI FEGHOUL,**                      :
Guantanamo Bay Naval Station,             :
Guantanamo Bay, Cuba                      :        CIVIL ACTION
          Petitioner                        :        (HABEAS CORPUS)
                                                            :
      V.                                    :
                                                            :        No:    06-CV-00618 (RWR)
                                                            :
**GEORGE W. BUSH, et. al.**                 :
    President of the United States       :
    The White House                        :        JUDGE RICHARD W. ROBERTS
    1600 Pennsylvania Avenue, N.W.  :
    Washington, D.C. 20500;            :
                                                            :
_____

**PROPOSED ORDER**
_____

AND NOW this _____ day of _____, 2006, it is hereby ORDERED that

Petitioner's Motion for Extension of Time is granted.  Petitioner shall file his response to

Respondents' *Motion to Dismiss for Lack of Jurisdiction* and *Motion to Transfer the Case to the*

*United States Court of Appeals for the District of Columbia Circuit* on or before Wednesday,

September 6, 2006.

                                  BY THE COURT:


                                  _____
                                  Hon. Richard W. Roberts
                                  United States District Court Judge