IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULLI FEGHOUL,** : | |
| Guantanamo Bay Naval Station, : | |
| Guantanamo Bay, Cuba : | CIVIL ACTION |
|       Petitioner : | (HABEAS CORPUS) |
| : | |
|    V. : | |
| : | No: 06-CV-00618 |
| **GEORGE W. BUSH, et. al.** : | |
|    President of the United States : | |
|    The White House : | JUDGE RICHARD W. ROBERTS |
|    1600 Pennsylvania Avenue, N.W. : | |
|    Washington, D.C. 20500; : | |
| : | |

NOTICE OF CONSENT TO 30 DAY EXTENSION
PURSUANT TO LOCAL RULE 7(m)

Undersigned counsel for petitioner hereby provides the Court with Notice that counsel has spoken with counsel for the government in this matter, Preeya M Noronha, Esq., U.S. Department of Justice, and Ms. Noronha has stated that she consents to counsel's request for a 30 day extension of time contained in "Petitioner's Motion for Extension of Time to Reply to Respondent's Motion to Dismiss for Lack of Jurisdiction and to Respondent's Motion to Transfer the Case to the United States Court of Appeals for the District of Columbia Circuit."

                                                  Respectfully submitted,

                                                  /s/Billy H. Nolas
                                                  Billy H. Nolas (DC 399275; PA 83177)
                                                  Assistant Federal Defender
                                                  Maureen Rowley (PA 33020)
                                                  Chief Federal Defender
                                                  David McColgin (PA 42963)
                                                  Supervising Appellate

                                                Shawn Nolan (PA 56535)
                                                Assistant Federal Defender
                                                Federal Community Defender Office for the
                                                Eastern District of Pennsylvania
                                                601 Walnut Street, Suite 545 West
                                                Philadelphia, PA 19106
                                                (215) 928-0520; (215) 928-1100

                                                Counsel for Petitioner Abdulli Feghoul

Dated: August 15, 2006

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry
Ms. Preeya M. Noronha
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001


/s/Billy H. Nolas
Billy H. Nolas


Dated: August 15, 2006