**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ABDULLI FEGHOUL** | : | |
| | : | **CIVIL ACTION** |
| | : | **(Habeas Corpus)** |
| **Petitioner,** | : | |
| | : | |
| *v.* | : | **No. 06-cv-00618-RWR** |
| | : | |
| **GEORGE W. BUSH,** | : | |
| **President of the United** | : | |
| **States, *et al.*,** | : | |
| | : | |
| **Respondents.** | : | |
| | : | |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618.

(2)     I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)     I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618, and I agree to comply with the provisions thereof.

_____
BILLY H. NOLAS

_____November 8, 2006_____
Date

_____

_____
Date

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618, understands its terms, and agrees to be bound by each of those terms.  Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order.  The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED:  November 8, 2006          BY:      BILLY H. NOLAS

                                  SIGNED:  _Billy H. Nolas_

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ABDULLI FEGHOUL** | : | |
| | : | **CIVIL ACTION** |
| | : | **(Habeas Corpus)** |
| **Petitioner,** | : | |
| | : | |
| *v.* | : | **No. 06-cv-00618-RWR** |
| | : | |
| **GEORGE W. BUSH,** | : | |
| **President of the United** | : | |
| **States,** *et al.,* | : | |
| | : | |
| **Respondents.** | : | |
| | : | |

**MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
CLASSIFIED NATIONAL SECURITY INFORMATION**

Having familiarized myself with the applicable statutes, regulations, and orders related to,

but not limited to, unauthorized disclosure of classified information, espionage and related

offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C.

§783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient

of information and documents that belong to the United States and concern the present and future

security of the United States, and that such documents and information together with the methods

and sources of collecting it are classified by the United States government.  In consideration for

the disclosure of classified information and documents:

(1)    I agree that I shall never divulge, publish, or reveal either by word, conduct or any

other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618.

(2)    I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)    I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618, and I agree to comply with the provisions thereof.


MAUREEN K. ROWLEY

November 8, 2006
Date

_____
Date

2

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: __November 8, 2006__          BY:    MAUREEN K. ROWLEY

SIGNED: _Maureen Rowley_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|                                          |   |                           |
|------------------------------------------|---|---------------------------|
| **ABDULLI FEGHOUL**                      | : |                           |
|                                          | : | **CIVIL ACTION**          |
|                                          | : | **(Habeas Corpus)**       |
| **Petitioner,**                          | : |                           |
|                                          | : |                           |
| *v.*                                     | : | **No. 06-cv-00618-RWR**   |
|                                          | : |                           |
| **GEORGE W. BUSH,**                      | : |                           |
| **President of the United**              | : |                           |
| **States,** *et al.*,                    | : |                           |
|                                          | : |                           |
| **Respondents.**                         | : |                           |
|                                          | : |                           |
|                                          | : |                           |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)    I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618.

(2)    I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)    I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618, and I agree to comply with the provisions thereof.


_____
DAVID McCOLGIN

_November 8, 2006_____
Date


_____

_____
Date

2

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: __November 8, 2006____        BY:      DAVID McCOLGIN

SIGNED: _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ABDULLI FEGHOUL** | : | **CIVIL ACTION** |
|  | : | **(Habeas Corpus)** |
| **Petitioner,** | : |  |
|  | : |  |
| *v.* | : | **No. 06-cv-00618-RWR** |
|  | : |  |
| **GEORGE W. BUSH,** | : |  |
| **President of the United** | : |  |
| **States,** *et al.,* | : |  |
|  | : |  |
| **Respondents.** | : |  |
|  | : |  |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)    I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618.

(2)    I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)    I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618, and I agree to comply with the provisions thereof.


SHAWN NOLAN

November 8, 2006
Date


Date

2

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED:   November 8, 2006          BY:      SHAWN NOLAN

                                   SIGNED:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABDULLI FEGHOUL** | : | **CIVIL ACTION** |
| | : | **(Habeas Corpus)** |
| **Petitioner,** | : | |
| | : | |
| *v.* | : | **No. 06-cv-00618-RWR** |
| | : | |
| **GEORGE W. BUSH,** | : | |
| **President of the United** | : | |
| **States, *et al.,*** | : | |
| | : | |
| **Respondents.** | : | |
| | : | |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)     I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618.

(2)     I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)     I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618, and I agree to comply with the provisions thereof.


_____
CRISTI CHARPENTIER

_____
Date

_____November 8, 2006_____
Date

2

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: ___November 8, 2006___          BY:    CRISTI CHARPENTIER

                                        SIGNED: _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ABDULLI FEGHOUL** | : | |
| | : | **CIVIL ACTION** |
| | : | **(Habeas Corpus)** |
| **Petitioner,** | : | |
| | : | |
| *v.* | : | **No. 06-cv-00618-RWR** |
| | : | |
| **GEORGE W. BUSH,** | : | |
| **President of the United** | : | |
| **States,** *et al.,* | : | |
| | : | |
| **Respondents.** | : | |
| | : | |
| | : | |

## <u>MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION</u>

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 <u>et</u> <u>seq.</u>; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

    (1)    I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618.

(2)    I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)    I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618, and I agree to comply with the provisions thereof.


_____
MATTHEW C. LAWRY

_____November 8, 2006_____
Date


_____

_____
Date


2

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered

in the United States District Court for the District of Columbia in the case captioned Abdulli

Feghoul v. George W. Bush, et al., No. 06-cv-00618, understands its terms, and agrees to be

bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to

use or disclose any protected information or documents made available to him/her other than as

provided by the Protective Order. The undersigned acknowledges that his/her duties under the

Protective Order shall survive the termination of this case and are permanently binding, and that

failure to comply with the terms of the Protective Order may result in the imposition of sanctions

by the Court.

DATED: _November 8, 2006_          BY:    MATTHEW C. LAWRY

                                   SIGNED: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ABDULLI FEGHOUL** | : | **CIVIL ACTION** |
|  | : | **(Habeas Corpus)** |
| **Petitioner,** | : |  |
|  | : |  |
| *v.* | : | **No. 06-cv-00618-RWR** |
|  | : |  |
| **GEORGE W. BUSH,** | : |  |
| **President of the United** | : |  |
| **States, *et al.*,** | : |  |
|  | : |  |
| **Respondents.** | : |  |
|  | : |  |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government.  In consideration for the disclosure of classified information and documents:

(1)    I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly

authorized by the Protective Order entered in the United States District Court for the District of

Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618.

(2)    I agree that this Memorandum of Understanding and any other non-disclosure

agreement signed by me will remain forever binding on me.

(3)    I have received, read, and understand the Protective Order entered by the United

States District Court for the District of Columbia in the case captioned Abdulli Feghoul v.

George W. Bush, et al., No. 06-cv-00618, and I agree to comply with the provisions thereof.


_Mark Wilson_
MARK WILSON


_November 8, 2006_
Date


_____
Date


2

# ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED:   November 8, 2006            BY:     MARK WILSON

SIGNED:   *Mark Wilson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ABDULLI FEGHOUL** | : | |
| | : | |
| | : | **CIVIL ACTION** |
| | : | **(Habeas Corpus)** |
| **Petitioner,** | : | |
| | : | |
| *v.* | : | **No. 06-cv-00618-RWR** |
| | : | |
| **GEORGE W. BUSH,** | : | |
| **President of the United** | : | |
| **States,** *et al.,* | : | |
| | : | |
| **Respondents.** | : | |
| | : | |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)     I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618.

    (2)    I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

    (3)    I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618, and I agree to comply with the provisions thereof.


_____
BRETT SWEITZER

 November 8, 2006_____
Date


_____

_____
Date

## **ACKNOWLEDGMENT**

The undersigned hereby acknowledges that he/she has read the Protective Order entered

in the United States District Court for the District of Columbia in the case captioned Abdulli

Feghoul v. George W. Bush, et al., No. 06-cv-00618, understands its terms, and agrees to be

bound by each of those terms.  Specifically, and without limitation, the undersigned agrees not to

use or disclose any protected information or documents made available to him/her other than as

provided by the Protective Order.  The undersigned acknowledges that his/her duties under the

Protective Order shall survive the termination of this case and are permanently binding, and that

failure to comply with the terms of the Protective Order may result in the imposition of sanctions

by the Court.

DATED:  November 8, 2006              BY:      BRETT SWEITZER

                                    SIGNED:  _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULLI FEGHOUL** | : |
| | : **CIVIL ACTION** |
| | : **(Habeas Corpus)** |
| **Petitioner,** | : |
| | : |
| *v.* | : **No. 06-cv-00618-RWR** |
| | : |
| **GEORGE W. BUSH,** | : |
| **President of the United** | : |
| **States,** *et al.,* | : |
| | : |
| **Respondents.** | : |
| | : |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 41; 18 U.S.C. § 641; 50 U.S.C. §783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)    I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618.

(2)    I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)    I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618, and I agree to comply with the provisions thereof.

_____
KATHLEEN KAIB

November 8, 2006_____
Date

_____          _____
                                         Date

2

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdulli Feghoul v. George W. Bush, et al., No. 06-cv-00618, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: __November 8, 2006__       BY:      KATHLEEN KAIB

                                  SIGNED: _Kathleen Kaib_