IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **ABDULLI FEGHOUL,**<br>Guantanamo Bay Naval Station,<br>Guantanamo Bay, Cuba<br>   Petitioner<br><br>   V.<br><br>**GEORGE W. BUSH, et. al.**<br>   President of the United States<br>   The White House<br>   1600 Pennsylvania Avenue, N.W.<br>   Washington, D.C. 20500; | CIVIL ACTION<br>(HABEAS CORPUS)<br><br>No:   06-CV-00618 (RWR)<br><br>JUDGE RICHARD W. ROBERTS |

NOTICE OF FILING

Petitioner hereby notifies the Court and Respondent that *Petitioner's Motion to Maintain Stay and Hold Proceedings in Abeyance* has been sent by Federal Express to the Court Security Officer for delivery on April 11, 2007 at 12:00 pm.

                              Respectfully submitted,

                              /s/Billy H. Nolas
                              Billy H. Nolas (DC 399275; PA 83177)
                              Assistant Federal Defender
                              Maureen Rowley (PA 33020)
                              Chief Federal Defender
                              David McColgin (PA 42963)
                              Supervising Appellate Assistant Federal Defender
                              Cristi Charpentier (PA 62055)
                              Matthew Lawry (PA 87221)
                              Shawn Nolan (PA 56535)
                              Brett Sweitzer (PA 82601)
                              Mark Wilson (PA 26887)
                              Assistant Federal Defenders
                              Federal Community Defender Office for the
                              Eastern District of Pennsylvania
                              601 Walnut Street, Suite 545 West
                              Philadelphia, PA 19106
                              (215) 928-0520; (215) 928-1100

Dated:  April 10, 2007