IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULLI FEGHOUL**, | CIVIL ACTION |
| | (Habeas Corpus) |
| Petitioner, | |
| v. | No. 06-cv-00618-RWR |
| **GEORGE W. BUSH**, President of the United States, *et al.*, | |
| Respondents. | |

NOTICE OF FILING

    Petitioner hereby notifies the Court and Respondent that *Petitioner's Opposition to Respondents' Motion to Dismiss Habeas Petition for Lack of Jurisdiction* has been sent by Federal Express to the Court Security Officer for delivery on April 27, 2007 at 12:00 pm.

                                                                                   Respectfully submitted,

                                                                            /s/Billy H. Nolas
                                                      Billy H. Nolas (DC 399275; PA 83177)
                                                      Assistant Federal Defender
                                                      Maureen Rowley (PA 33020)
                                                      Chief Federal Defender
                                                      David McColgin (PA 42963)
                                                      Supervising Appellate Assistant Federal Defender
                                                      Cristi Charpentier (PA 62055)
                                                      Shawn Nolan (PA 56535)
                                                      Mark Wilson (PA 26887)
                                                      Assistant Federal Defenders
                                                      Federal Community Defender Office for the
                                                      Eastern District of Pennsylvania
                                                      601 Walnut Street, Suite 545 West
                                                      Philadelphia, PA 19106
                                                      (215) 928-0520; (215) 928-1100

Dated:   April 26, 2007