# United States Court of Appeals
### For The District of Columbia Circuit

---

| | |
|---|---|
| **No. 06-5420** | **September Term, 2006** |
| | 06cv00618 |

FILED
JUN - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Abdulli Feghoul,
    Appellee

v.

George W. Bush, President of the United States, et al.,
    Appellants

**Filed On:**



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED MAY 3 0 2007
CLERK

**BEFORE:**    Randolph, Garland, and Griffith, Circuit Judges

### ORDER

    Upon consideration of appellee's motion to vacate the thirty-day notice order by agreement and to dismiss the interlocutory appeal as moot, and appellants' consent to this motion, it is

    **ORDERED** that the motion be granted. The district court's memorandum order filed October 31, 2006 (Docket #24), is hereby vacated to the extent it requires thirty days' advance notice of any transfer or removal of appellee from United States custody at Guantanamo Bay. This appeal is hereby dismissed as moot. It is

    **FURTHER ORDERED** that the consolidation of this case with Nos. 06-5191, et al., be terminated.

    The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate in No. 06-5420.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk