Morton Sklar (D.C. Bar No. 144139)
Executive Director
WORLD ORGANIZATION FOR HUMAN RIGHTS USA
2029 P Street NW, Suite 301
Washington D.C., 20036
Telephone: (202) 296-5702
Facsimile: (202) 296-5704
E-mail: msklar@humanrightsusa.org

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ABDULLI FEGHOUL,** )<br>**Detainee, Camp Delta, Guantanamo Bay;** )<br>*Petitioner,* )<br> )<br>v.   )<br> )<br>**GEORGE W. BUSH,** *et al.* )<br>**President of the United States** )<br>**The White House** )<br>**1600 Pennsylvania Ave., N.W.** )<br>**Washington, D.C. 20500** )<br>*Respondents.* ) | **Petition for Habeas Corpus**<br>**Case No. 06-CV-00618**<br>**(RWR)** |

**NOTICE OF CHANGE OF ATTORNEY ADDRESS**

Please be advised that the office of Attorney for Plaintiffs Morton H. Sklar and the World Organization for Human Rights USA has changed. The new address is:

World Organization for Human Rights USA
2029 P Street NW, Suite 301
Washington, DC 20036

The telephone and fax numbers, and e-mail addresses, remain the same.

This information has been provided to the Clerk of the Court on the appropriate form, under separate cover.

Respectfully submitted this 25th day of June, 2007 by:

    /s/ _____
Morton Sklar (D.C. Bar No. 144139)
Executive Director
Theresa Harris
International Justice Project Director
WORLD ORGANIZATION FOR HUMAN RIGHTS USA
2029 P Street NW, Suite 301
Washington D.C., 20036
Telephone: (202) 296-5702
Facsimile: (202) 296-5704
E-mail: msklar@humanrightsusa.org

## CERTIFICATE OF SERVICE

       This is to certify, under penalty of perjury, that a true and complete copy of the above submission was served on the Defendant and provided to the United States Department of Justice by delivery through first class mail by the USPS as indicated below, as well as through electronic filing with the Court's electronic PACER system:

*Pro Se* Petitioner:

ABDULLI FEGHOUL
Camp Delta; Guantanamo Bay Naval Base
Washington, D.C. 20355

Attorneys for Respondents:

PETER D. KEISLER
Assistant Attorney General
Unites States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2000

DOUGLAS N. LETTER
Terrorism Litigation Counsel
Unites States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2000

JOSEPH H. HUNT (D.C. Bar No. 431134)
Unites States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2000

VINCENT M. GARVEY (D.C. Bar No. 127191)
Unites States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2000

Signed and certified to this 25th day of June, 2007 in Washington, D.C. by:

    /s/
Morton Sklar
Executive Director
World Organization for Human Rights USA
2029 P Street NW, Suite 301
Washington D.C., 20036
Telephone: (202) 296-5702
Facsimile: (202) 296-5704
E-mail:  msklar@humanrightsusa.org