# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-5191

September Term, 2006
05cv01490, 05cv00882, 05cv00885,
05cv00886, 05cv00888, 05cv00889,
05cv00892, 05cv01234, 05cv01238,
05cv01310, 05cv01607, 05cv01894,
05cv02367, 05cv02369, 05cv02370,
05cv02384, 05cv02398, 05cv02452,
05cv02458, 05cv02479, 06cv00618

**FILED**
JUL 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Filed On: June 7, 2007 [1045751]

Abdulrahim Abdul Razak Al Ginco,
    Appellant

v.

George W. Bush, President of the United States, et al.,
    Appellees

---

Consolidated with 06-5196, 06-5197, 06-5198, 06-5205, 06-5235, 06-5236, 06-5265, 06-5284, 06-5285, 06-5286, 06-5287, 06-5320, 06-5325, 06-5326, 06-5328, 06-5329, 06-5330, 06-5384, 06-5385, 06-5420, 07-5046

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 7/27/07
BY: [signature]
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

06-5331

05cv00888
05cv01009

Adel Hassan Hamad,
    Appellant

v.

George W. Bush, President of the United States, et al.,
    Appellees

---

Consolidated with 06-5357

**BEFORE:** Randolph, Garland, and Griffith, Circuit Judges

# ORDER

Upon consideration of the motion to vacate and dismiss in Nos. 06-5196, 06-5205, 06-5198, 06-5287, and 06-5325, and the notice of additional authority; the consolidated opposition to the motion in Nos. 06-5191, et al., the supplements thereto, the notice of district court filings; and the reply; the response in Nos. 06-5196 and 06-5205, and the reply; and appellant's unopposed motions to dismiss Nos. 06-5205 and 06-5357, it is

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature]  Deputy Clerk

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5191**  **September Term, 2006**

    **ORDERED** that the motions to dismiss the appeals be granted. Nos. 06-5196, 06-5205, 06-5357, 06-5198, 06-5287, and 06-5325 are hereby dismissed as moot in light of the release of the petitioners from United States custody. It is

    **FURTHER ORDERED** that the motion to vacate the notice orders be dismissed as moot in light of petitioners' release. It is

    **FURTHER ORDERED** that the request to dismiss the habeas petition of Hajji Ghalib, appellee in No. 06-5198, be dismissed as moot in light of petitioner's release and the district court's dismissal of his petition for writ of habeas corpus. <u>Ghalib v. Bush</u>, No. 05cv1238 (D.D.C. Mar. 6, 2007). It is

    **FURTHER ORDERED** that, in light of the matters currently pending before the district court, including the motion for reconsideration of the dismissal in <u>Gul v. Bush</u>, No. 05cv888 (D.D.C. Mar. 6, 2007); the order to show cause and motion to dismiss in <u>Mohammad v. Bush</u>, 05cv885 (D.D.C.), and the motion to dismiss in <u>Alsaaei v. Bush</u>, 05cv2369 (D.D.C.), this court denies without prejudice the government's request that this court dismiss the habeas cases. As the government noted in its reply in Nos. 06-5196 and 06-5205, the district court is the appropriate forum to determine whether petitioners' remaining claims in their habeas actions are moot. <u>See</u> <u>Kiyemba v. Bush</u>, Nos. 05-5487, et al., 2007 WL 964612 (D.C. Cir. Mar. 22, 2007). It is

    **FURTHER ORDERED** that the consolidation of Nos. 06-5196, 06-5205, 06-5357, 06-5198, 06-5287, and 06-5325 with Nos. 06-5191, et al., be terminated.

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate in Nos. 06-5196, 06-5205, 06-5357, 06-5198, 06-5287, and 06-5325 until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**