**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ABDULLI FEGHOUL** | : |
| | : |
| | :     **CIVIL ACTION** |
| | :     **(Habeas Corpus)** |
| **Petitioner,** | : |
| *v.* | :     **No. 06-cv-00618-RWR** |
| | : |
| **GEORGE W. BUSH,** | : |
|    **President of the United** | : |
|    **States,** *et al.*, | : |
| | : |
| **Respondents.** | : |
| | : |

**NOTICE OF FILING**

      Petitioner hereby notifies the Court and Respondent that *Petitioner's Motion to Lift the Stay of Proceedings and Set a Scheduling Conference* has been sent by Federal Express to the Court Security Officer for delivery on June 19, 2008 at 12:00 pm.

                          Respectfully submitted,

                          /s/Billy H. Nolas
                          Billy H. Nolas (DC 399275; PA 83177)
                          Assistant Federal Defender
                          Maureen Rowley (PA 33020)
                          Chief Federal Defender
                          David McColgin (PA 42963)
                          Supervising Appellate Assistant Federal Defender
                          Cristi Charpentier (PA 62055)
                          Shawn Nolan (PA 56535)
                          Mark Wilson (PA 26887)
                          Assistant Federal Defenders
                          Federal Community Defender Office for the
                          Eastern District of Pennsylvania
                          601 Walnut Street, Suite 545 West
                          Philadelphia, PA 19106
                          (215) 928-0520; (215) 928-1100

Dated: June 18, 2008

Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument has been served

via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001


/s/Billy H. Nolas
Billy H. Nolas


Dated: June 18, 2008