IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABDULLI FEGHOUL** <br> Guantanamo Bay Naval Station, <br> Guantanamo Bay, Cuba <br> Petitioner <br> <br> V. <br> <br> **GEORGE W. BUSH, et. al.** <br> President of the United States <br> The White House <br> 1600 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20500; | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br> (HABEAS CORPUS) <br> <br> No:   06-CV-00618 (RWR) <br> <br> JUDGE RICHARD W. ROBERTS |

**PETITIONER'S MOTION TO LIFT THE
STAY OF PROCEEDINGS
AND SET A SCHEDULING CONFERENCE**

Petitioner, Abdelli Feghoul, through his attorneys, hereby moves that this Court lift the stay entered on July 2, 2007, reopen the case and set a date for a scheduling conference.

1.   On July 2, 2007, this Court stayed Mr. Feghoul's pending resolution of the Supreme Court's decision of the appeal of Boumediene v. Bush, 476 F.3d. 981 (C.A.D.C. 2007).

2.   On June 12, 2008, the Supreme Court reversed the decision of the Court of Appeals, ruling that prisoners at Guantanamo have *habeas corpus* rights protected under the U.S. Constitution; the review procedures of the Detainee Treatment Act are not an adequate substitute for *habeas corpus*; and the Military Commissions Act, insofar as it purported to strip the courts of *habeas corpus* jurisdiction, was unconstitutional.  Boumediene v. Bush, ___ S.Ct. ___, 2008

WL 2369628 (June 12, 2008). The Court stated that it was now up to the trial courts to resolve questions regarding "the legality of . . . detention" of Guantanamo detainees. Id. at *8. In so ruling, the Court made clear that the "detainees in these cases are entitled to a prompt habeas corpus hearing." Id. at *44. Since the basis for the stay no longer exists, it should be vacated forthwith and Petitioner's habeas proceedings should move forward.

3.    Petitioner requests that the Court set the matter for a status conference to consider a schedule for a prompt resolution of Petitioner's claims, in accordance with the direction of the Supreme Court. Petitioner has been held at Guantanamo since February, 2002. He has been awaiting action on his *habeas corpus* petition since it was filed in November, 2005.[1] Moreover, Mr. Feghoul has been eligible for transfer at least since February, 2007, more than sixteen months ago.[2]

4.    Undersigned counsel have contacted counsel for the government in accordance with Local Rule 7(m), to ascertain respondents position on this motion. At the time of filing, counsel have not received a response.

---

[1] Petitioner wrote to the Court in November, 2005, although his pro se habeas petition did not get docketed until April, 2006.

[2] In an email message to undersigned counsel on February 22, 2007, the Department of Defense acknowledged that Petitioner was "approved to leave Guantanamo, subject to the process for making appropriate diplomatic arrangements for his departure." See "Detainee Status Notification" Email from DAVID N. COOPER, Lt Col, USAFR, Staff Judge Advocate, DOD HQ OARDEC, Office for the Administrative Review of the Detention of Enemy Combatants, Washington, DC, to Shawn Nolan, Esq. (2/22/07), attached as Exhibit 1. In that email, it is noted that Mr. Feghoul will not have any subsequent Administrative Review Board hearings. As such, there is no process whatsoever left to him at Guantanamo. For these reasons, his need for this Court's swift action to allow him to invoke his right to *habeas corpus* is greatly heightened.

**WHEREFORE**, for all of the foregoing reasons, Petitioner respectfully requests that this Honorable Court lift the stay, reopen the case and set the matter for a status conference.

Respectfully submitted,

/s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
Matthew Lawry (PA 87221)
Shawn Nolan (PA 56535)
Mark Wilson (PA 26887)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated: June 18, 2008

Certificate of Service

    I hereby certify that a true and correct copy of the foregoing instrument has been served on Respondents through the Court Security Officer in accordance with the Standard Protective Orders:

Mr. Terry Henry<br>
US DEPARTMENT OF JUSTICE<br>
20 Massachusetts Avenue, NW<br>
Room 7226<br>
Washington, DC 20529-0001

/s/Billy H. Nolas  
Billy H. Nolas

Dated: June 18, 2008