# IN THE UNITED STATES DISTRICT
# COURT FOR THE DISTRICT OF COLUMBIA

_____
                                          :
**ABDULLI FEGHOUL**                       :
Guantanamo Bay Naval Station,             :
Guantanamo Bay, Cuba                      :     CIVIL ACTION
      Petitioner                 :     (HABEAS CORPUS)
                                          :
   V.                                  :
                                          :     No:     06-CV-00618 (RWR)
**GEORGE W. BUSH, et. al.**               :
    President of the United States      :
    The White House                     :     JUDGE RICHARD W. ROBERTS
    1600 Pennsylvania Avenue, N.W.      :
    Washington, D.C. 20500;             :
                                          :
_____

## ORDER
_____

     For the reasons set forth in Petitioner's Motion to Lift the Stay of Proceedings and Set a

Scheduling Conference, the Court hereby GRANTS Petitioner's Motion.

     The stay is vacated and the case is ordered reopened.  The Court will conduct a status

conference on _____, 2008, at _____.


                                    _____
                                    HONORABLE RICHARD W. ROBERTS
                                    United States District Judge