IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ABDELLI FEGHOUL** | : | |
| Guantanamo Bay Naval Station, | : | No:   06-CV-00618 (RWR) |
| Petitioner | : | (HABEAS CORPUS) |
|  | : | |
| V. | : | |
|  | : | |
| **GEORGE W. BUSH, et. al.** | : | |
| President of the United States | : | |
| The White House | : | |
| 1600 Pennsylvania Avenue, N.W. | : | **Misc. No. 08-0444 (TFH)** |
| Washington, D.C. 20500; | : | |
|  | : | |

**STATUS REPORT ON BEHALF OF
PETITIONER FEGHOUL ABDELLI**

Petitioner, FEGHOUL ABDELLI, through undersigned counsel, hereby submits this status report pursuant to this Court's order July 11, 2008.

A.   Petitioner remains in custody at the Guantanamo Bay, N.A.S. His given name is Feghoul; his surname is Abdelli.

B.   Petitioner has been cleared for transfer. On February 22, 2007, undersigned counsel received the following email:

Dear Counsel for ISN 292:

> Through either the Administrative Review Board (ARB) process or the process DOD had in place prior to ARBs, your client has been approved to leave Guantanamo, subject to the process for making appropriate diplomatic arrangements for his departure. Accordingly, my prior guidance regarding submission of materials for a 2007 ARB for your client is inapplicable to this

>   detainee; he will not be receiving another ARB proceeding.
>
>   As you know, such a decision does not equate to a determination that your client is not an enemy combatant, nor is it a determination that he does not pose a threat to the United States or its allies. I cannot provide you any information regarding when your client may be leaving Guantanamo as his departure is subject to ongoing discussions.

The email was signed DAVID N.COOPER, Lt. Col, USAFR, Staff Judge Advocate.

    C.    On November 16, 2005, Petitioner sent a letter which was docketed as his pro se Petition for Writ of Habeas Corpus on April 3, 2006. On November 7, 2006, an Amended Petition for Writ of Habeas Corpus was filed by undersigned counsel.

    D.    On October 31, 2006, Judge Roberts granted Petitioner's motion to compel production of the government's factual return and for the entry of a protective order to govern the information in this habeas proceeding. On November 20, 2006, the government filed under seal and made available in the secure facility the factual return. It was heavily redacted. Four undersigned counsel are security cleared; two counsel are TS cleared as well. Counsel have no knowledge as to whether the government will seek to amend the factual return in this case.

    E.    Counsel has requested of DOJ via email on July 14, 2008, pursuant to this Court's Order on July 11, 2008, and with Notice to this Court on the same date, that a 30-day Notice of Transfer Order be entered forthwith; a previously entered 30-day Notice of Transfer order was vacated by stipulation while on appeal in the Court of Appeals on June 4, 2007 in light of Petitioner's efforts to leave custody in a timely manner. Since that time, counsel have worked diligently to inform and effect the diplomatic and political considerations regarding repatriation of the Petitioner to Algeria, his country of origin; or, in the alternative, his resettlement in a third country, perhaps in a country in the European Union where he has a naturalized sister. Certain recent events in this realm of bi-lateral negotiations between the United States and Algeria make it

prudent and not overly burdensome for the common 30-day Notice of Transfer Order to be entered in this case at this time.

      F.    On July 2, 2007 Judge Roberts administratively closed this case until the resolution of the jurisdictional question that was asked of and answered by the Supreme Court of United States. Petitioner filed on June 18, 2008 a motion with Judge Roberts seeking to lift the stay of Petitioner's habeas petition proceedings; the Motion is pending.

      G.    Petitioner was transferred to Guantanamo Bay, N.A.S. in 2002. He had departed Algeria in 1991 and had been in the European Union for the near decade preceding his migration across the open Afghanistan border in search of the pious life that was being shilled by the Taliban. He married in Afghanistan and at the time that the bombing began, he and his now pregnant wife were raising the daughter from her previous marriage (she was a widow) and staking out a homestead. He is adamant that he has never taken up arms against the United States or its allies or had sympathy with those who have done. He was undocumented as he tried to follow his wife to her family in Pakistan following the beginning of the war in Afghanistan.

      His time at the base has been bone-chillingly bleak. For years, he has been of no use to the United States investigative services and has been in Camp VI since its opening. He is an engaging and interesting man who has had to battle some of the most typical and self-defeating symptomatology related to long-term solitary confinement and isolation. His extended family is largely intact in Algeria, with strong ties to France.

      J.    Petitioner intends to seek discovery in this case. The decision looking forward at this point is driven by the nature of the factual return that counsel has been able to review to date.

      K.    In light of the foregoing, Petitioner will seek a prompt hearing schedule with adequate provisions for pre-hearing litigation regarding discovery, stipulations and submissions; a

reply or traverse will be considered in light of any further amendment, or not, of the return previously submitted by the government. In addition, recent events surrounding the very recent repatriation of two Algerians to Algeria keep counsel prompted and engaged in the matter or repatriation and resettlement. Any and all developments will be reported the court promptly.

Respectfully submitted,

/s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
David McColgin (PA 42963)
Supervising Appellate Assistant Federal Defender
Cristi Charpentier (PA 62055)
Shawn Nolan (PA 56535)
Matthew Lawry (PA 87221)
Mark Wilson (PA 26887)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated: July 18, 2008