UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) <br> ) <br> ) Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY <br> DETAINEE LITIGATION | ) <br> ) Civil Action Nos. <br> ) <br> ) 02-CV-0828, 04-CV-1136, 04-CV-1164, 04-CV-1194, <br> ) 04-CV-1254, 04-CV-1937, 04-CV-2022, 04-CV-2035, <br> ) 04-CV-2046, 04-CV-2215, 05-CV-0023, 05-CV-0247, <br> ) 05-CV-0270, 05-CV-0280, 05-CV-0329, 05-CV-0359, <br> ) 05-CV-0392, 05-CV-0492, 05-CV-0520, 05-CV-0526, <br> ) 05-CV-0569, 05-CV-0634, 05-CV-0748, 05-CV-0763, <br> ) 05-CV-0764, 05-CV-0833, 05-CV-0877, 05-CV-0881, <br> ) 05-CV-0883, 05-CV-0889, 05-CV-0892, 05-CV-0993, <br> ) 05-CV-0994, 05-CV-0995, 05-CV-0998, 05-CV-0999, <br> ) 05-CV-1048, 05-CV-1124, 05-CV-1189, 05-CV-1220, <br> ) 05-CV-1236, 05-CV-1244, 05-CV-1347, 05-CV-1353, <br> ) 05-CV-1429, 05-CV-1457, 05-CV-1458, 05-CV-1487, <br> ) 05-CV-1490, 05-CV-1497, 05-CV-1504, 05-CV-1505, <br> ) 05-CV-1506, 05-CV-1509, 05-CV-1555, 05-CV-1590, <br> ) 05-CV-1592, 05-CV-1601, 05-CV-1602, 05-CV-1607, <br> ) 05-CV-1623, 05-CV-1638, 05-CV-1639, 05-CV-1645, <br> ) 05-CV-1646, 05-CV-1649, 05-CV-1678, 05-CV-1704, <br> ) 05-CV-1725, 05-CV-1971, 05-CV-1983, 05-CV-2010, <br> ) 05-CV-2083, 05-CV-2088, 05-CV-2104, 05-CV-2112, <br> ) 05-CV-2185, 05-CV-2186, 05-CV-2199, 05-CV-2200, <br> ) 05-CV-2249, 05-CV-2349, 05-CV-2367, 05-CV-2371, <br> ) 05-CV-2378, 05-CV-2379, 05-CV-2380, 05-CV-2381, <br> ) 05-CV-2384, 05-CV-2385, 05-CV-2386, 05-CV-2387, <br> ) 05-CV-2398, 05-CV-2444, 05-CV-2477, 05-CV-2479, <br> ) 06-CV-0618, 06-CV-1668, 06-CV-1674, 06-CV-1684, <br> ) 06-CV-1688, 06-CV-1690, 06-CV-1691, 06-CV-1758, <br> ) 06-CV-1759, 06-CV-1761, 06-CV-1765, 06-CV-1766, <br> ) 06-CV-1767, 07-CV-1710, 07-CV-2337, 07-CV-2338, <br> ) 08-CV-0987, 08-CV-1085, 08-CV-1101, 08-CV-1104 <br> ) 08-CV-1153 |

**NOTICE OF APPEAL**

NOTICE is hereby given that all respondents in the above-referenced matters hereby

appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order

of this Court dated July 10, 2008, docketed July 11, 2008 as Docket Entry 52 in Miscellaneous Case 08-442 in its entirety.

| | |
|---|---|
| Dated:  July 25, 2008 | Respectfully submitted, |

                        GREGORY G. KATSAS
                        Assistant Attorney General

                        JOHN C. O'QUINN
                        Deputy Assistant Attorney General

                        __/s/ Judry L. Subar____
                        JOSEPH H. HUNT (D.C. Bar No. 431134)
                        VINCENT M. GARVEY (D.C. Bar No. 127191)
                        JUDRY L. SUBAR (D.C. Bar No. 347518)
                        TERRY M. HENRY
                        ANDREW I. WARDEN (IN Bar No. 23840-49)
                        Attorneys
                        United States Department of Justice
                        Civil Division, Federal Programs Branch
                        20 Massachusetts Avenue N.W.
                        Washington, DC  20530
                        Tel:  (202) 305-0169
                        Fax:  (202) 616-8470

                        Attorneys for Respondents